IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAVIS MARTIN,
    Plaintiff,
v.                                **Judgment in a Civil Case**
MARY LOCKLEAR, LT. ODOM,
CORRECTIONAL OFFICER LOCKLEAR,
CORRECTIONAL OFFICER BARNES,
CORRECTIONAL OFFICER STEWART,
    Defendants.                  Case Number: 5:22-CT-3162-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

This Judgment Filed and Entered on November 30, 2022, with service on:
Javis Martin (via U.S. Mail)
#0629473
Lumberton Correctional Institution
75 Legend Road
Lumberton, NC 28359

November 30, 2022                                               Peter A. Moore, Jr.
                                                                    Clerk of Court

                                                             By: /s/ Stephanie Mann
                                                                  Deputy Clerk